BLONDELLE MARIUS, Respondent, v. EUGENE MARIUS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

LILLIAN ROMBERG et al., as Executors and Trustees under the Will of SIGMUND ROMBERG, Deceased, Respondents, v. JACOB J. SHUBERT et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

BAKO REALTY INC., et al., Respondents, v. JAMES S. HAYS et al., Defendants, and HARRY GINSBERG et al., Copartners Doing Business under the Name of HARRIS NEWMARK & Co., Appellants.— In view of the change in status of the defendant Lefcourt Realty Corporation in this lawsuit, the order appealed from is unanimously modified by striking the provision for the examination of said corporation, and by eliminating items (a), (b), (d) and (m), all of which relate solely to the proposed examination of the corporation. As so modified the order is affirmed, with $20 costs and disbursements to the respondents. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

In the Matter of 2639 CORPORATION, Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent. In the Matter of NEW YORK & HARLEM RAILROAD COMPANY et al., Petitioners, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order entered November 26, 1956, denying in part petitioners' motion for an order modifying respondent's notice for an examination before trial, unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Order entered November 27, 1956, denying petitioners' motion for leave to serve a subpœna duces tecum upon the Tax Commission of the City of New York, unanimously affirmed, with $20 costs and disbursements to the respondent Tax Commission. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

PETER BRINA et al., Respondents, v. FLORENCE C. BAYLIS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

167 GREENWICH REALTY CO., INC., v. RUTH T. KEHOE, Individually and as Executrix and Trustee of MARIE L. KEHOE, Deceased, and as Executrix and Trustee of JOANNA E. K. DE MONTURIOL, Deceased, et al.— Motion for reargument denied. Concur — Peck, P. J., Botein, Rabin and Frank, JJ. [See ante, p. 659.]

JOHN L. RIE, INC., et al., v. SASKATCHEWAN GOVERNMENT INSURANCE. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and Frank, JJ. [See ante, p. 657.]

COLE STEEL EQUIPMENT CO., INC., v. ART-LLOYD METAL PRODUCTS CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Bergan and Bastow, JJ. [See 1 A D 2d 148.]

In the Matter of KUPFER, SILBERFELD, NATHAN & DANZIGER, Respondents, against AMERICAN FLOURS, INC. et al., Appellants, and A. J. ARMSTRONG Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See ante, p. 660.]